UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH TROUT,

        Plaintiff,

    v.

COUNTY OF MADERA, et al.,

        Defendants.

Case No. 21-cv-06061-PJH

**ORDER**

Re: Dkt. No. 71

The court is in receipt of plaintiff's first amended complaint, filed in lieu of filing oppositions to defendants' various motions under 12(b), (e), and (f) at Dkt. 50 through 56, 58, 59, 61, 62, 68, and 69.  Given the length and breadth of the amended complaint, it is not immediately clear what amendments were made.  Therefore, on or before December 22, 2021, plaintiff must file on the docket a redline comparison of the changes made from the original complaint (Dkt. 1) to the amended complaint (Dkt. 71).

The court intends to terminate defendants' responsive motions in light of the amended complaint.  Defendants must give notice of whether (1) they intend to stand on their motions in light of the amended complaint or (2) they intend to terminate the motions and proceed on a different course.  This applies to all motions to dismiss, strike, and transfer.  Such notices are due on or before December 29, 2021.

**IT IS SO ORDERED.**

Dated: December 16, 2021

                                          */s/ Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge