United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH TROUT,

          Plaintiff,

    v.

COUNTY OF MADERA, et al.,

          Defendants.

Case No.  21-cv-06061-PJH

**ORDER GRANTING APPLICATION FOR EXTENSION**

Re: Dkt. No. 106

      The court is in receipt of plaintiffs' application for a 12-hour extension to file an opposition brief to defendants' motions to dismiss or transfer venue.  Good cause appearing, plaintiffs' request is GRANTED.  The single opposition brief must be filed no later than 12:01pm today, March 8, 2022.  The brief may not exceed the 25-page limit (omitting tables) required by the Civil Local Rules.

      **IT IS SO ORDERED.**

Dated: March 8, 2022

                        */s/ Phyllis J. Hamilton*
                        PHYLLIS J. HAMILTON
                        United States District Judge