UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH TROUT,

              Plaintiff,

     v.

COUNTY OF MADERA, et al.,

              Defendants.

Case No.  21-cv-06061-PJH

**JUDGMENT**

      The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint without leave to amend,

      it is Ordered and Adjudged

      that plaintiff take nothing, and that the action is dismissed.

      **IT IS SO ORDERED.**

Dated: May 6, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge